IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-339 |
| | ) |
| JAY GREGORY MATHIS, | ) |
|     Defendant. | ) |

ORDER OF COURT

AND NOW this 2nd day of December, 2011, the Court having ordered that Jury Selection and trial in the instant case begin on December 19, 2011, IT IS HEREBY ORDERED that, pursuant to the Court's oral ruling on defendant's Motion for Severance [document #53] at the hearing on pretrial motions held November 30, 2011, trial will be limited to the conduct alleged in Counts one through four of the indictment.

IT IS FURTHER ORDERED, pursuant to 18 §§ 3161(h)(1)(B) and 3161(h)(7)(A), that jury selection and trial for the conduct alleged in Counts five through seven of the indictment shall be continued, as the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:    All Counsel of Record